An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

AFRODITI JANET ELIADES-LEDSTROM,
Appellant,
vs.
THE ESTATE OF MICHAEL PONZIO, DECEASED; JAMES L. PONZIO, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF MICHAEL PONZIO; AND DONNA H. PONZIO, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF MICHAEL PONZIO,
Respondents.

No. 60684

**FILED**

SEP 1 8 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, this appeal is hereby dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc: Hon. Rob Bare, District Judge
McCormick, Barstow, Sheppard, Wayte & Carruth, LLP/Las Vegas
Olson, Cannon, Gormley, Angulo & Stoberski
McCormick, Barstow, Sheppard, Wayte & Carruth, LLP/Fresno
Eglet Law Group
Muije & Varricchio
Goodman Law Group
Palazzo Law Firm
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

14-30995